UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BARRY FERGUSON**                                                              **CIVIL ACTION**

**VERSUS**                                                                              **NO. 14-1835**

**N. BURL CAIN, WARDEN**                                                  **SECTION "E"(5)**

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Barry Ferguson for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this   26th   day of         June        , 2016.

*Susie Morgan*
**UNITED STATES DISTRICT JUDGE**